UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**  CASE NO. 6:22-CR-00040-01

**VERSUS**  JUDGE JAMES D. CAIN, JR.

**SCOTTY PAUL FOURNERAT (01)**  MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After considering the official transcript (Rec. Doc. 56) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Scotty Paul Fournerat, is ACCEPTED and he is fully adjudged guilty of the offense charged in Counts 1 and 2, consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that sentencing is set for July 13, 2023 at 10:00 a.m.

THUS DONE AND signed in Chambers on this 13th day of April, 2023

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE